IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Kendal Foster-Dawson,<br><br>    Plaintiff,<br><br>  v.<br><br>State of California, County of Alameda,<br><br>    Defendants._____/ | No. C 15-3154 CRB<br><br>**ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE** |

Plaintiff Alexander Foster-Dawson, a pro se litigant, filed this 42 U.S.C. § 1983 action against the County of Alameda and the State of California. See Complaint (dkt. 1). Both Defendants moved to dismiss, see County Motion to Dismiss (dkt. 10); State Motion to Dismiss (dkt. 27), and Foster-Dawson was properly served, see County Certificate of Service (dkt. 15); State Certificate of Service (dkt. 27-1). This Court ordered Foster-Dawson to respond to the County's motion by August 12, 2015, and the State's motion by September 22, 2015. See Memo Entry (dkt. 10); Memo Entry (dkt. 27). Foster-Dawson has failed to respond. Defendants filed and properly served Foster-Dawson with a case management statement notifying him of his failure to follow the Court's prior orders. See Case Management Statement (dkt. 32); Certificate of Service (dkt. 32-1). Foster-Dawson again failed to take any action to prosecute the case.

Although "pro se litigants . . . are held to a lesser pleading standard than other parties, they are still bound by the federal and local rules and cannot simply ignore a motion filed by

the opposing party." See Dr. JKL Ltd. v. HPC IT Educ. Ctr., 749 F. Supp. 2d 1038, 1048 (N.D. Cal. 2010) (citing Civil L.R. 3–9(a)); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). Under this Court's Local Rules, a "person representing him or herself without an attorney is bound by the Federal Rules, as well as by all applicable local rules. Sanctions (including default or dismissal) may be imposed for failure to comply with local rules." See Civil L.R. 3–9(a). Here, despite receiving multiple notices of his need to file an opposition to Defendants' motions, Foster-Dawson has failed to comply with both this Court's deadlines and the deadlines outlined in the Local Rules. See Civil L.R. 7–3(a). The Court thus DISMISSES Foster-Dawson's complaint WITHOUT PREJUDICE and VACATES the hearing set for November 13, 2015.

**IT IS SO ORDERED.**

Dated: November 9, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE